**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant. | CASE NO.: 3:21-CV-08230<br><br>**PLAINTIFF FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Facebook, Inc. ("Facebook") states as follows:

1. Facebook has no parent corporation.
2. To its knowledge, no publicly-held corporation owns 10% or more of Facebook's stock.

Dated: October 21, 2021                 **HUNTON ANDREWS KURTH LLP**

By:    */s/ Ann Marie Mortimer*
      Ann Marie Mortimer
      Jason J. Kim
      Jeff R. R. Nelson
  Attorneys for Plaintiff
  FACEBOOK, INC.

Platform Enforcement and Litigation
Facebook, Inc.
    Jessica Romero
    Michael Chmelar
    Jimmy Doan