**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO,<br>　　also known as "Solomame,"<br><br>　　　　　Defendant. | CASE NO.: 3:21-CV-08230<br><br>**PLAINTIFF FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

## L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 21, 2021          **HUNTON ANDREWS KURTH LLP**

By: */s/ Ann Marie Mortimer*
    Ann Marie Mortimer
    Jason J. Kim
    Jeff R. R. Nelson
Attorneys for Plaintiff
FACEBOOK, INC.

Platform Enforcement and Litigation
Facebook, Inc.
    Jessica Romero
    Michael Chmelar
    Jimmy Doan