**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>              Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**META PLATFORMS, INC.'S AMENDED DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) discloses that Meta Platforms, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 30, 2021

**HUNTON ANDREWS KURTH LLP**

By: /s/ *Jeff R. R. Nelson*
    Ann Marie Mortimer
    Jason J. Kim
    Jeff R. R. Nelson
Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

Platform Enforcement and Litigation
Meta Platforms, Inc. (f/k/a Facebook, Inc.)
    Jessica Romero
    Michael Chmelar
    Jimmy Doan

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627