UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br>Plaintiff(s)<br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant(s) | CASE No C 3:21-CV-08230-LB<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: December 16, 2021                   /s/   Michael Chmelar
                                                               Party

Date: December 16, 2021                   /s/   Jeff R. R. Nelson
                                                            Attorney
                                    Attorneys for Plaintiff Meta Platforms, Inc.
                                    (f/k/a Facebook, Inc.)

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  December 16, 2021                  /s/   Jeff R. R. Nelson
                                                            Attorney
                                    Attorneys for Plaintiff Meta Platforms, Inc.
                                    (f/k/a Facebook, Inc.)

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*



**SIGNATURE ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

      I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  December 16, 2021                      /s/ *Jeff R. R. Nelson*
                                                                   Jeff R. R. Nelson