**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>        Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Jeff R. R. Nelson of Hunton Andrews Kurth LLP hereby withdraws as attorney of record for Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) in this action. Counsel of record for said Plaintiff otherwise remains the same.

Dated: June 10, 2022                                  **HUNTON ANDREWS KURTH LLP**

By: _/s/ Jeff R. R. Nelson_
    Ann Marie Mortimer
    Jason J. Kim
    Jeff R. R. Nelson
Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

Platform Enforcement and Litigation
Meta Platforms, Inc. (f/k/a Facebook, Inc.)
    Jessica Romero
    Michael Chmelar
    Jimmy Doan