**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]**<br><br>Current Date:        August 11, 2022<br>Proposed Date:     November 10, 2022<br>Time:                    11:00 a.m.<br>Court Room:        B, 15th Floor<br>Judge:                  Magistrate Judge<br>                              Laurel Beeler<br><br>*[Declaration of Brandon M. Marvisi and [Proposed] Order filed concurrently herewith]*<br><br>Complaint Filed:  October 21, 2021 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) hereby moves this Court for an order continuing the Initial Case Management Conference ("CMC") from August 11, 2022 to November 10, 2022 pursuant to L.R. 16-2(d).

Plaintiff brings this motion because Defendant Alexander Alexandrovich Solonchenko, a Ukrainian resident, has not appeared in this action. Defendant has been unresponsive to all communications from Plaintiff, making a Rule 26(f) conference impossible. Moreover, Plaintiff has complied fully with the Hague Convention and intends to move for entry of default, obviating the need for a CMC in the immediate term.

This is the first request for time modification in this case. Moreover, a continuance will not impact the case schedule because Defendant has not appeared and a scheduling order has not been entered.

Dated: July 27, 2022                    **HUNTON ANDREWS KURTH LLP**

By:   /s/ *Ann Marie Mortimer*
          Ann Marie Mortimer
          Jason J. Kim
          Brandon M. Marvisi
      Attorneys for Plaintiff
      Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

By this motion, Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) seeks an order continuing the Initial Case Management Conference ("CMC") from August 11, 2022 to November 10, 2022. Solonchenko, a Ukrainian resident, has not appeared or participated in this action and has not responded to any of Plaintiff's communications, foreclosing the possibility of any Rule 26(f) conference. Moreover, as detailed herein, Plaintiff has complied with the requirements for service under the Hague Convention and intends to seek entry of a default against Solonchenko within the next three months.

Since Solonchenko has not appeared in the action and Plaintiff intends to seek a default against him, Plaintiff respectfully requests that the Court continue the August 11, 2022 CMC to November 10, 2022. Plaintiff anticipates a default will be entered against Solonchenko by then.

## II.    A THREE-MONTH CONTINUANCE OF THE AUGUST 22 CMC IS APPROPRIATE

As set forth in the Complaint, Solonchenko violated Facebook's Terms of Service and Platform Terms by scraping publicly accessible information (Facebook user IDs and phone numbers) for approximately 178 million Facebook users. By this lawsuit, Plaintiff seeks injunctive and other relief against Solonchenko in connection with the same.

### A.    Solonchenko Has Not Appeared Despite Adequate Service

Because Solonchenko is a Ukrainian resident, and Ukraine is a signatory to the Hague Convention, Plaintiff may serve him by "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention." Fed. R. Civ. P. 4(f)(1). Plaintiff has satisfied those service requirements. Additionally, Plaintiff has emailed courtesy copies of the pertinent filings in this action to Solonchenko's email address and has emailed him to discuss

this motion.  Marvisi Decl. ¶ 2.  Solonchenko has been unresponsive throughout, making it impossible to hold a Rule 26(f) conference.  *Id.*

### B. <u>Plaintiff Will Move For Default Within The Next Three Months</u>

Article 15 of the Hague Convention permits a plaintiff to move for entry of default where (1) the plaintiff has transmitted the documents to be served pursuant to the requirements of the Hague Convention; (2) more than six months have passed without service having been effected; and (3) the plaintiff has exercised diligence in attempting to obtain a certificate of service.  Hague Convention Art. 15; *see also Facebook, Inc. v. Sluchevsky*, 2020 WL 5823277, at *5 (N.D. Cal. Aug. 28, 2020), *report and recommendation adopted*, 2020 WL 5816578 (N.D. Cal. Sept. 30, 2020) (holding entry of default proper where plaintiff transmitted service documents to Ukrainian Central Authority and did not receive a certificate of any kind despite passage of over six months).

Plaintiff has complied with these requirements.  Upon filing this action, Plaintiff began translating the pleadings so that Plaintiff could serve Solonchenko via the Hague Convention.  Marvisi Decl. ¶ 3.  On December 9, 2021, Plaintiff transmitted the documents to Ukraine for service via the Hague Convention.  *Id.* ¶ 4.  More than seven months have passed.  Moreover, Plaintiff has inquired about the status of service, but has not received any response from the Ukrainian Central Authority.  *Id.*  At this juncture, Plaintiff has fully complied with the Hague Convention and intends to seek entry of default by November 10, 2022.  *Sluchevsky*, 2020 WL 5823277, at *5.

Since Solonchenko has failed to appear or otherwise participate in this action and Plaintiff intends to seek a default against him, a three-month continuance of the currently scheduled CMC is appropriate.  Plaintiff anticipates a default will be entered against Solonchenko by then.

### III. CONCLUSION

For these reasons, the Court should continue the August 11, 2022 CMC to November 10, 2022.

Dated:  July 27, 2022                                    **HUNTON ANDREWS KURTH LLP**


By:     */s/ Ann Marie Mortimer*
         Ann Marie Mortimer
         Jason J. Kim
         Brandon M. Marvisi
    Attorneys for Plaintiff
    Meta Platforms, Inc. (f/k/a Facebook, Inc.)

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

073923.0000070 EMF_US 90730608v8

4

3:21-CV-08230-LB

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]