**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**DECLARATION OF BRANDON M. MARVISI IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]**<br><br>Current Date:   August 11, 2022<br>Proposed Date:  November 10, 2022<br>Time:                 11:00 a.m.<br>Court Room:     B, 15th Floor<br>Judge:                Magistrate Judge Laurel Beeler<br><br>*[Notice of Motion and Motion to Continue Initial Case Management Conference, and [Proposed] Order filed concurrently herewith]*<br><br>Complaint Filed:  October 21, 2021 |

3:21-CV-08230-LB

# DECLARATION OF BRANDON M. MARVISI

I, Brandon M. Marvisi, declare as follows:

1. I am an attorney with the law firm of Hunton Andrews Kurth LLP ("Hunton"), counsel of record for Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.). I have personal knowledge of the facts stated below, and if called upon to do so, would testify competently to those facts.

2. On October 27, 2021 Hunton sent an email to Defendant Alexander Solonchenko, attaching the Complaint, Summons, and all other documents required for service under Local Rules, to request that he speak with Hunton regarding this case. To date, Defendant has been unresponsive to Hunton's email.

3. When Solonchenko did not respond, Hunton engaged the services of Celeste Ingalls of Crowe Foreign Services to serve Solonchenko via the Hague Convention. Hunton then coordinated the translation of the pleadings as required under the Hague Convention.

4. On December 9, 2021 the documents required for service under the Hague Convention were sent abroad for service. Plaintiff has inquired about the status of service, but has not received any response from the Ukrainian Central Authority

5. Because Solonchenko has not yet appeared in this action and has been unresponsive to Hunton's communications, Plaintiff is unable to meet and confer with him to limit any potential disagreements and bring them to the Court's attention prior to the Initial Case Management Conference. Absent this continuance, Plaintiff and the Court will waste resources that are best reserved until Solonchenko is served.

6. On July 20, 2022, I emailed Solonchenko to request he stipulate to this continuance, but again did not receive a response.

/ / /

/ / /

/ / /

7. This is the first request for time modification in this case. Because Solonchenko has not yet appeared and a scheduling order has not been entered, the requested continuance will have minimal impact on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2022 in Los Angeles, California.

By: _____*/s/ Brandon M. Marvisi*_____
       Brandon M. Marvisi

## **ATTESTATION**

I, Ann Marie Mortimer, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: July 27, 2022                 _____*/s/ Ann Marie Mortimer*_____
       Ann Marie Mortimer

2

3:21-CV-08230-LB

DECLARATION OF BRANDON M. MARVISI IN SUPPORT OF PLAINTIFF'S
MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]