**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>　　　　　Defendant. | CASE NO.: 3:21-CV-08230-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]**<br><br>Current Date:　August 11, 2022<br>Proposed Date:　November 10, 2022<br>Time:　　　　　11:00 a.m.<br>Court Room:　　B, 15th Floor<br>Judge:　　　　　Magistrate Judge<br>　　　　　　　　Laurel Beeler |

# [PROPOSED] ORDER

Upon review and consideration of Plaintiff's Motion to Continue Initial Case Management Conference, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT

The Initial Case Management Conference is continued from August 11, 2022 to November 10, 2022, at 11:00 a.m.  Case management statements are due on November 3, 2022.

**IT IS SO ORDERED.**

DATED: _____

By: _____
    Laurel Beeler
    United States Magistrate Judge

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

3:21-CV-08230-LB

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]