**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant. | CASE NO.: 3:21-CV-08230-LB<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON ALEXANDER ALEXANDROVICH SOLONCHENKO VIA HAGUE CONVENTION** |

3:21-CV-08230-LB

PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON ALEXANDER ALEXANDROVICH SOLONCHENKO VIA HAGUE CONVENTION

Attached hereto is a formal Hague Certificate of Service issued by Ukraine, certifying service of the Summons and Complaint and related documents, as enumerated therein, on Defendant Alexander Alexandrovich Solonchenko, along with an English translation thereof.

Dated: August 16, 2022                  **HUNTON ANDREWS KURTH LLP**

By:     */s/ Brandon Marvisi*
       Ann Marie Mortimer
       Jason J. Kim
       Brandon Marvisi
Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

Platform Enforcement and Litigation
Meta Platforms, Inc. (f/k/a Facebook, Inc.)
       Jessica Romero
       Michael Chmelar
       Jimmy Doan

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

3:21-CV-08230-LB

PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON ALEXANDER ALEXANDROVICH SOLONCHENKO VIA HAGUE CONVENTION

## AFFIDAVIT OF ACCURATE TRANSLATION

OREGON            )
                  ) ss.
County of Multnomah )

    I declare that I, Kay Martinez, citizen of the United States, over the age of twenty-one, not a party to the issue in question, and having been duly sworn, depose and state the following:

    I am employed by Crowe Foreign Services, 733 SW Vista Avenue, Portland, Oregon, specializing in providing accurate translation of legal, judicial, extra-judicial and general documents from the Ukrainian language into the English language.

    I do hereby swear, under oath and penalty of perjury under the laws of the United States of America, that the attached English translation (Exhibit 1) is a true and accurate translation of the Ukraine Hague proof documents for service upon Alexander Alexandrovich Solonchenko (Exhibit 2).

_____
Kay Martinez

SUBSCRIBED AND SWORN to before me this 15th day of August 2022.

_____
Notary Public for Oregon



OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC - OREGON
COMMISSION NO. 992959
MY COMMISSION EXPIRES OCTOBER 23, 2023

# CERTIFICATE / ATTESTATION

**The undersigned authority has the honor to certify, in conformity with Article 6 of the Convention,**

1) * that the document has been served

- (date)_____
- at (place, street, number)_____

- in one of the following methods authorized by Article 5:
    (a) * in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention
    (b) * in accordance with the following particular method: _____

    (c) * by delivery to the addressee, who accepted it voluntarily

The documents referred to in the request have been delivered to:
- *(the person's identity and data)*_____
- relationship to the addressee (family, business or other):_____

**2) * that the document has not been served, by reason of the following facts:**
Failure to appear in court without a valid reason of Oleksandr Oleksandrovych Solonchenko who was duly notified of the date, time and place of the court session in the Leninskyi District Court of Kirovograd scheduled for 14.00 hours on February 15, 2022.
According to the requirements of Part 6 of Article 501 of the Code of Civil Procedure of Ukraine, in this case the documents to be served by an order of a foreign court shall be considered as served.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

**Annexes**

Documents returned:

_____

**In appropriate cases, documents establishing the service:**
Confirmation of the document delivery:
Minutes of the court session of 15.02.22;
Recommended notification on the delivery of a postal item of 07.02.22 No.25006 74938950
Response from the Department of Administrative Services of Kropyvnytskyi City Council No. 193/03-03 of 27.01.22;
The response of the Ukrainian Department of Internal Affairs of Ukraine in the Kirovograd region of 31.01.2022.

                                                            Done at Kropyvnytskyi on February 22, 2022
                                                                                    Signature and/or stamp.

**Deputy Head of the South-East Interregional**
**Department of the Ministry of Justice (Dnipro)**
**in Kirovograd region**

                              /signature/                                        **Andriy GRYMALYUK**
                *Stamp:*
                *THE MINISTRY OF JUSTICE OF UKRAINE*
                *Identification code №43314912*
                *the South-East Interregional Department of the Ministry of Justice*
                *(Dnipro)*

*Exhibit 1*

## CONFIRMATION OF DELIVERY OF THE DOCUMENT

Leninskyi District Court of Kirovograd

| Case No. | 3:21-cv-08230 LB |
|---|---|
| Title of the document to be handed over, number of sheets, in (language) | - Summons in the Civil Action;<br>- Complaint and Exhibits 1-10;<br>- Standing Order for Judge Laurel Beeler;<br>- Exhibit List;<br>- Procedures for Telephone Appearances; Standing Order for All Judges;<br>- Order Setting Initial Case Management Conference ;<br>- USDC Northern District of California;<br>- Consenting to the Jurisdiction of a Magistrate Judge;<br>- ECF Registration information;<br>- With Ukrainian translation of all;<br>- A summary of the document to be served. |
| Surname, name, patronymic and address of the addressee | **Solonchenko Oleksandr Oleksandrovych**<br>Gogol st. 65, app. 20<br>Kropyvnytskyi,<br>Ukraine,<br>25006 |
| Date and place of service | Court documents were not served |
| Receiver's signature or notice of the reasons for non-delivery | Failure to appear in court without valid reasons of O.O. Solonchenko who was duly notified of the date, time and place of the court session scheduled for 14:00 on February 15, 2022 (in which case, in accordance with Part 6 of Article 501 of the **Code of Civil Procedure of Ukraine**, the documents to be served by order of a foreign court shall be considered as served). |
| Position, surname, initials and signature of the person who handed over the document or issued a notice of reasons for its non-delivery | Judge of Leninskiy District Court of Kirovograd<br><br>/signature/<br>L.A.Ivanova |

Case No. 405/364/22
Proceedings No. 2d/405/2/22

## MINUTES
## of the Court Session

February 15, 2022                                    Leninskyi District Court of Kirovograd
consisting of:
the presiding judge:                                 L.A. Ivanova
and the secretary of the court session:              Yu.V. Gavrilyuk,

considered in an open court session in the Kropyvnytskiy courtroom the request of the US court to serve court documents to Oleksandr Oleksandrovych Solonchenko as a defendant in civil case No. 3:21-cv-08230 LB on the claim of Facebook Inc., a Delaware corporation, vs. Oleksandr Oleksandrovych Solonchenko.

The court session began at 14.00 hr.
The presiding judge opens the court session on the case, the secretary of the court session reports on the appearance of the person who was summoned to the court hearing.
O.O. Solonchenko did not appear at the court session; he had been duly notified of the date, time and place of the court session; he had not informed the court on the reasons for his failure to appear. The court received the recommended notice of the receipt of the court summons to O.O. Solonchenko with a note of delivery of February 11, 2022.

The presiding judge announces the composition of the court and explains the right to self-disqualification of the composition of court
Presiding Judge – L.A. Ivanova
Secretary of the court session – Yu.V. Havryliuk
Self-disqualification of the court has not been declared.

The court came to the following decision: due to O.O. Solonchenko's failure to appear in court without valid reasons, while he had been duly notified of the day, time and place of the court hearing, the documents to be served to O.O. Solonchenko at the request of the US court, according to the requirements of Part 6 of Article 501 of the Code of Civil Procedure of Ukraine, should be considered as served. Proof of service, the given record of the court session and other documents drawn up in connection with the execution shall be sent to the US court.

The court session ended on 14. 10 hr.

Presiding judge                        /signature/      L.A. Ivanova

Secretary of the court session         /signature/      Yu.V. Havryliuk





# KROPYVNYTSKYI CITY COUNCIL
*Administrative Services Department*

Architektora Pauchenka st 41/26. Kropyvnytskyi, 25006, tel.30 87 90

e-mail: cnap@krmr.gov.ua EDRPOU (Unified State Register of Enterprises and Organizations of Ukraine) code 43399834

27.01.2022 No. 193/03-03
ref. No._____ of _____

                                **Attn: Andriy GRIMALYUK**
                                **Deputy Head of the South-East Interregional**
                                **Department of the Ministry of Justicy (Dnipro)**

                                Dvortsova st., 6/7
                                Kropyvnytskyi, 25006

**Subject: On the provision of information**

**Dear Andriy,**

      In accordance with the request No. 04/01.2-15.1/09.2/СДкр/22 of January 19, 2022 regarding the provision of information on the registered place of residence, please be informed as follows.

      Mr. Oleksandr Oleksandrovych Solonchenko, born on 22.06.1997, has been deregistered from his place of residence at: Kropyvnytskyi, Gogol st. 85, apartment 20 since 09.12.2021. According to the application, he left to the following address: Kirovograd region, Kropyvnytskyi.

      As of January 26, 2022, he did not submit any applications to the Department of Registration of Residence of the Department of State Registration of the Department.

**Best regards,**

**Head of the Department**            /signature/            **Oleksandr NIKITENKO**

Katerina Struk 30 87 90

Case No. 404/364/22
Proceedings No. 2d/405/2/22



**Leninskyi District Court of Kirovograd**
V.Perspektivna st. 40,
Kropyvnytskyi, 25006
tel. 32-28-69

"__" _____ 2022
No._____

**Department of accounting and monitoring of information on registration of the place of residence of the Department of the State Migration Service of Ukraine in the Kirovograd region**
Egorova st. 25,
Kropyvnytskyi

| Leninskyi District Court of Kirovograd |
| --- |
| Ref. No. *2869* of **03 FEB 2022** |
| Date_____hrs_____min._____  Main document on_____sheets, attachment on _____ sheets. |

**Request from a state authority, company, institution, organization regarding access to personal data**

Pursuant to Article 16 of the Law of Ukraine "On Personal Data Protection", you are kindly requested to provide information on the registration of place of residence and other personal data contained in the registration card of the Department of the State Migration Service of Ukraine in Kirovograd region on the following person:
**Oleksandr Oleksandrovych Solonchenko, last known place of residence: Kropyvnytskyi, Gogol st. 84**
**in order to meet the requirements of Part 6 of Art. 187 of CPC of Ukraine** (if the defendant in a statement of claim filed and drawn up in the manner prescribed by this Code is a natural person which is not a business entity, the court no later than in two days from the date of receipt of the statement of claim in court shall apply to the relevant registration authority of the place of residence and domicile of the person to provide information on the registered place of residence (location) of such individual).

**Judge L.A. Ivanova**     */signature/*

---

/illegible/                              (detach here)

Case No. 404/364/22
Proceedings No. 2d/405/2/22

**Judge L.A. Ivanova**
Request counterfoil
Leninskyi District Court of Kirovograd
Sender's reference No. "28" 01 2022.
3439/22

Note. The request with a counterfoil shall be sent only to the referral unit of the territorial body of the State Migration Service of Ukraine (SMS)

According to the data of the department of registration and monitoring of information on
registration of place of residence of the State Migration Service of Ukraine
Mr. O.O. Solonchenko
<sub>(surname, name, patronymic)</sub>
Oleksandr Oleksandrovych
Date of birth: 22.06.1997
Place of birth _____
Place of residence: Kropyvnytskyi, Gogol st. 85, apartment 20
/illegible/
21.03.2019
/illegible/
Submitted by /signature/
31.01.2022

ПІДТВЕРДЖЕННЯ
CERTIFICATE / ATTESTATION

Орган, що підписався нижче, має честь підтвердити відповідно до статті 6 Конвенції,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1)* що документ був вручений / that the document has been served/ que la demande a été exécutée
- (дата) / le _____
- у (місце, вулиця, номер) / at/ à _____

- одним із способів, передбачених у статті 5:
  in one of the following methods authorized by Article 5: / dans une des formes suivantes prévenues à l'article 5:
    a)* відповідно до підпункту (а) частини першої статті 5 Конвенції.
        in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention.
        selon les formes légales (article 5, alinéa premier, lettre a).
    b)* відповідно до наступного спеціального способу:
        in accordance with the following particular method:
        selon la forme particulière suivante
        _____
    c)* шляхом безпосередньої доставки адресату, який прийняв його добровільно.
        by delivery to the addressee, who accepted it voluntarily.
        par remise simple.

Документи, зазначені у проханні, були вручені особі:
The documents referred to in the request have been delivered to: /Les documents mentionnés dans la demande ont été remis à:
- (ім'я та дані про особу) _____

- стосунки з одержувачем (родинні, ділові або інші):
  relationship to the addressee: / liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
  _____

2)* що документ не був вручений з таких причин:
   that the document has not been served, by reason of the following facts:
   que la demande n'a pas été exécutée, en raison des faits suivants:
Неявка до суду без поважних причин **Солонченка Олександра Олександровича**, якого було належним чином повідомлено про дату, час та місце судового засідання, призначеного Ленінським районним судом м. Кіровограда на 14⁰⁰ год. 15 лютого 2022 року.
Згідно вимог частини 6 статті 501 Цивільного процесуального Кодексу України у даному випадку документи, що підлягають врученню за дорученням іноземного суду, вважаються врученими.
Відповідно до частини другої статті 12 Конвенції, прохання запитуючого органу сплатити або відшкодувати витрати, викладені у додатку.*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statements.* / Conformément à l'article 12, alinéa 2, de ladite Convention, le requérante est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint:

Додатки
Annexes / Annexes
Документи, що повертаються: / Documents returned: / Pièces renvoyées:
_____

У разі необхідності, документи, які підтверджують вручення:
In appropriate cases, documents establishing the service: / Le cas échéant, les documents justificatifs de l'exécution:
Підтвердження про вручення документа;
Протокол судового засідання від 15.02.2022;
Рекомендоване повідомлення про вручення поштового відправлення від 07.02.2022 № 25006 74938950;
Відповідь Департаменту надання адміністративних послуг Кропивницької міської ради від 27.01.2022 № 193/03-03;
Відповідь УДМС України в Кіровоградській області від 31.01.2022.

Складено у м./ Done at / Fait à місті Кропивницькому, дата / the / le 22 лютого 2022 року

Підпис та/або печатка
Signature and/or stamp
Signature et/ou cachet

Заступник начальника Південно-Східного
міжрегіонального управління
Міністерства юстиції (м. Дніпро)
у Кіровоградській області

Андрій ГРИМАЛЮК

Exhibit 2

# ПІДТВЕРДЖЕННЯ ПРО ВРУЧЕННЯ ДОКУМЕНТА

Ленінський районний суд м. Кіровограда

| № справи | 3:21-cv-08230 LB |
|---|---|
| Назва документа, що підлягає врученню, кількість аркушів, на _____ мові | - Summons in the Civil Action;<br>- Complaint and Exhibita 1-10;<br>- Standing Order for Judge Laurel Beeler;<br>- Exhibit List;<br>- Procedures for Telephone Appearances;<br>- Standing Order for All Judges;<br>- Order Setting Initial Case Management Conference ;<br>- USDC Northern District of California;<br>- Consenting to the Jurisdiction of a Magistrate Judge;<br>- ECF Registration information;<br>- With Ukrainian translation of all;<br>- Короткий виклад документа, що підлягає врученню. |
| Прізвище, ім'я, по батькові та адреса отримувача | Солонченко Олександр Олександрович<br>вул. Гоголя, 65 кв.20<br>м. Кропивницький,<br>Україна,<br>25006 |
| Дата та місце вручення | Судові документи не вручено |
| Підпис отримувача чи повідомлення про причини невручення | Неявка в суд без поважних причин Солонченка О.О., який був належним чином повідомлений про дату, час та місце судового засідання, призначеного на 14:00 15.02.2022 року, в якому Відповідно до частини 6 статті 501 Цивільного процесуального кодексу України в даному випадку документи, які підлягають врученню за дорученням іноземного суду, вважаються врученими. |
| Посада, прізвище й ініціали та підпис особи, яка вручила документ або склала повідомлення про причини його невручення | Суддя Ленінського районного суду м. Кіровограда<br><br>Л.А.Іванова |

Справа № 405/364/22
Провадження № 2-д/405/2/22

# ПРОТОКОЛ
## судового засідання

15 лютого 2022 року                    Ленінський районний суд м. Кіровограда
у складі:
головуючого судді:                     Іванової Л.А.
при секретарі судового засідання:      Гаврилюк Ю.В.,

розглянув у відкритому судовому засіданні у залі суду у м. Кропивницькому прохання американського суду про вручення судових документів Солонченку Олександру Олександровичу як відповідачу в цивільній справі №3:21-cv-08230 LB за позовом Facebook Inc., корпорація штату Делавер проти Солонченка Олександра Олександровича.

Судове засідання розпочато о 14 год. 00 хв.

Головуючий відкриває судове засідання у справі, секретар судового засідання доповідає про явку особи, яка викликалася у судове засідання.

У судове засідання Солонченко О.О не з'явився, про дату, час і місце судового засідання повідомлений належним чином, про причини неявки суд не повідомив. До суду повернулося рекомендоване повідомлення про вручення судової повістки про виклик Солонченка О.О. до суду з відміткою про вручення 11 лютого 2022 року.

Головуючий оголошує склад суду і роз'яснює право на самовідвід складу суду:
Головуючий суддя –                     Іванова Л.А.
Секретар судового засідання –          Гаврилюк Ю.В.
Самовідводів складу суду не заявлено.

Суд на місці ухвалив: у зв'язку з неявкою до суду без поважних причин Солонченка О.О., якого було належним чином повідомлено про день, час та місце судового засідання, документи, що підлягали вручення Солонченку О.О. за проханням американського суду, відповідно до вимог частини 6 статті 501 Цивільного процесуального кодексу України вважати врученими. Підтвердження про вручення, цей протокол судового засідання та інші документи, складені у зв'язку з виконанням, направити американському суду.

Судове засідання закінчено о 14 год. 10 хв.

Головуючий                                             Л.А. Іванова

Секретар судового засідання                            Ю.В. Гаврилюк





# КРОПИВНИЦЬКА МІСЬКА РАДА
*Департамент надання адміністративних послуг*
вул. Архітектора Паученка, 41/26, м. Кропивницький, 25006, тел. 30 87 90
e-mail: cnap@krmr.gov.ua код в ЄДРПОУ 43399834

27.01.2022 № 193/03-03
на № _____ від _____

> Заступнику начальника Південно-Східного міжрегіонального управління Міністерства юстиції (м. Дніпро)
> Андрію ГРИМАЛЮКУ
>
> вул. Дворцова, 6/7
> м. Кропивницький, 25006

Про надання інформації

**Шановний пане Андрію!**

Відповідно до запиту від 19 січня 2022 року № 04/01.2-15.1/09.2/СДкр/22 щодо надання відомостей про зареєстроване місце проживання, повідомляємо наступне.

Гр. Солонченко Олександр Олександрович, 22.06.1997 року народження знятий з реєстрації місця проживання з 09.12.2021 року за адресою: м. Кропивницький, вул. Гоголя, буд. 85, кв. 20. Згідно із заявою вибув за адресою: Кіровоградська область, м. Кропивницький.

Станом на 26 січня 2022 р. з питань реєстрації до відділу реєстрації місця проживання особи управління державної реєстрації департаменту не звертався.

З повагою

Директор департаменту     *[підпис]*     Олександр НІКІТЕНКО

Катерина Струк 30 87 90

Case 3:21-cv-08230-WHA   Document 18   Filed 08/16/22   Page 15 of 15

Справа № 404/364/22
Провадження №2-д/405/2/22



**Ленінський районний суд
м. Кіровограда**
вул.В.Перспективна, 40,
м. Кропивницький,25006
т. 32-28-69
"___" _____2022р.
№ _____

Відділ обліку та моніторингу інформації про реєстрацію місця проживання УДМС України в Кіровоградській області
вул. Єгорова,25,
м. Кропивницький, 25006

[штамп: Ленінський районний суд м.Кіровограда 25006 2869 від 03 ЛЮТ 2022
Дата ___ год. ___ хв. ___
Основ.на ___ арк., додаток на ___ арк.]

**Запит органу державної влади, підприємства, установи, організації, закладу
щодо доступу до персональних даних**

    Відповідно до статті 16 Закону України «Про захист персональних даних» прошу надати відомості про реєстрацію місця проживання та інші персональні дані, що містяться в картотеці реєстраційного обліку УДМС України в Кіровоградській області

    **Солонченко Олександр Олександрович, останнє відоме місце проживання: м. Кропивницький, вул. Гоголя, 84**

    з метою виконання вимог ч.6 ст. 187 ЦПК України (у разі якщо відповідачем у позовній заяві, поданій і оформленій у порядку, встановленому цим Кодексом, вказана фізична особа, що не є суб'єктом підприємницької діяльності, суд не пізніше двох днів з дня надходження позовної заяви до суду звертається до відповідного органу реєстрації місця перебування та місця проживання особи щодо надання інформації про зареєстроване місце проживання (перебування) такої фізичної особи).

Суддя Іванова Л.А. _[підпис]_

---------------------------------- (лінія відриву) ----------------------------------

Справа № 404/364/22
Провадження №2-д/405/2/22

Суддя Іванова Л.А.
Відривний корінець до запиту
Ленінський районний суд м. Кіровограда
вих. № _____28_____ «_01_» _____ 2022р.
3439/22

Примітка. Запит з відривним корінцем направляється лише до адресно-довідкового підрозділу територіального органу ДМС України

[штамп з рукописним заповненням: Відомості з відділу обліку та моніторингу інформації про реєстрацію місця проживання УДМС України в Кіровоградській області
Гр. Солонченко (прізвище, ім'я, по батькові)
Олександр Олександрович
Дата народження 02.06.1994
Місце народження
Місце проживання Кропивницький
вул. Гоголя б.85 кв.22
Зареєстровано/знято з реєстрації 01.03.2019
За документом, ким виданий
Відомості надав _[підпис]_
31.01.20__ року]