**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>          Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**REQUEST TO CLERK OF COURT TO ENTER DEFAULT OF DEFENDANT ALEXANDER ALEXANDROVICH SOLONCHENKO** |

TO THE CLERK OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

    Pursuant to Federal Rule of Civil Procedure 55(a), Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Plaintiff") hereby requests that the Clerk of the above-titled Court enter default in this matter against Defendant Alexander Alexandrovich Solonchenko ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint in this action within the time prescribed by Federal Rule of Civil Procedure 12.  *See* Declaration of Brandon M. Marvisi (Marvisi Decl.) ¶ 6.

    Service on Defendant was properly effectuated on February 11, 2022 in accordance with the Federal Rules of Civil Procedure, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"), and the local laws of Ukraine—specifically Part 6 of Article 501 of the Code of Civil Procedure of Ukraine.  *See* ECF No. 18; Marvisi Decl. ¶ 5.

    Because Defendant is a Ukrainian resident, and Ukraine is a signatory of the Hague Convention, Plaintiff may serve him by "any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention."  Fed R. Civ. P. 4(f)(1).  Plaintiff has satisfied those service requirements.  Upon filing this action, Plaintiff began translating the pleadings so that Plaintiff could serve Defendant through the Hague Convention.  Marvisi Decl ¶ 3.  On December 9, 2021, Plaintiff transmitted the documents to Ukraine for service under the Hague Convention.  *Id.* ¶ 4.  Plaintiff has since received a certificate of service from the Ukrainian Authority, noting that a court summons was delivered on February 11, 2022.  ECF No. 18; Marvisi Decl. ¶ 5.  Defendant thereafter failed to appear in court at his February 15, 2022 hearing without a valid reason and despite being "duly notified of the date, time and place of the court session scheduled."  ECF No. 18.  As a result, and in accordance with Part 6 of Article 501 of the Code of Civil Procedure of

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Ukraine,[1] the "documents to be served by order of a foreign court shall be considered as served." *Id.* Because Defendant did not respond to the Complaint by the March 4, 2022 deadline, entry of default is proper. *See* Fed. R. Civ. P. 12(a); Fed. R. Civ. P. 55(a).

Defendant is not a minor or incompetent. *See* Marvisi Decl. ¶¶ 7-8.

The above stated facts are set forth in the accompanying declaration of Brandon M. Marvisi, filed concurrently herewith. For the forgoing reasons, Plaintiff respectfully requests that the Clerk enter default in this matter against Defendant Alexander Alexandrovich Solonchenko.

Dated: August 25, 2022

HUNTON ANDREWS KURTH LLP

By: */s/ Ann Marie Mortimer*
Ann Marie Mortimer
Jason J. Kim
Brandon Marvisi
Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

Platform Enforcement and Litigation
Meta Platforms, Inc. (f/k/a Facebook, Inc.)
Jessica Romero
Michael Chmelar
Gabriella Orem

---

[1] Part 6 of Article 501 of the Code of Civil Procedure of Ukraine provides: "If a person, which was duly notified as to the date, time and place of the court hearing, in which the court summons and other documents shall be served upon the foreign court order, does not appear in the court without reasonable grounds, such document shall be deemed as served."