1  **HUNTON ANDREWS KURTH LLP**
2  Ann Marie Mortimer (State Bar No. 169077)
   amortimer@HuntonAK.com
3  Jason J. Kim (State Bar No. 221476)
   kimj@HuntonAK.com
4  Brandon Marvisi (State Bar No. 329798)
   bmarvisi@HuntonAK.com
5  550 South Hope Street, Suite 2000
   Los Angeles, California 90071-2627
6  Telephone:  (213) 532-2000
7  Facsimile:  (213) 532-2020
8

9  Attorneys for Plaintiff
   Meta Platforms, Inc. (f/k/a Facebook, Inc.)
10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14

15  FACEBOOK, INC., a Delaware          CASE NO.:  3:21-CV-08230-LB
    corporation,
16                                      **DECLARATION OF BRANDON M.
                                        MARVISI IN SUPPORT OF
17            Plaintiff,                PLAINTIFF'S REQUEST TO CLERK
                                        OF COURT TO ENTER DEFAULT OF
18       v.                             DEFENDANT ALEXANDER
                                        ALEXANDROVICH SOLONCHENKO**
19
    ALEXANDER ALEXANDROVICH
20  SOLONCHENKO, also known as
    "Solomame,"
21
22            Defendant.
23

24

25

26

27

28

DECLARATION OF BRANDON M. MARVISI IN SUPPORT OF PLAINTIFF'S REQUEST TO CLERK OF COURT
TO ENTER DEFAULT OF DEFENDANT ALEXANDER ALEXANDROVICH SOLONCHENKO

*(left margin)* **Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

## DECLARATION OF BRANDON M. MARVISI

2      I, Brandon M. Marvisi, declare:

3      1.      I am an attorney with the law firm of Hunton Andrews Kurth LLP

4 ("Hunton"), counsel of record for Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.)

5 ("Meta").  I have personal knowledge of the facts stated below, and if called upon to

6 do so, would testify competently to those facts.

7      2.      On October 27, 2021, Hunton emailed Defendant Alexander

8 Solonchenko ("Defendant") attaching a copy of the Complaint, Notice of A Lawsuit

9 and Request to Waive Service of A Summons, and Waiver of the Service of

10 Summons.  Hunton also requested to speak with Defendant regarding this case.

11 Attached hereto as Exhibit A is a true and correct copy of that email.  To date,

12 Defendant has not responded to Exhibit A.

13      3.      Having received no response from Defendant, Hunton engaged Crowe

14 Foreign Services to serve Defendant through the Hague Convention.  Hunton then

15 coordinated the translation of the pleadings as required under the Hague Convention.

16      4.      On December 9, 2021, Hunton sent the documents required for service

17 under the Hague Convention abroad for service.

18      5.      On August 1, 2022, Natalie Sakamoto of Crowe Foreign Service emailed

19 me a certificate of service from the Ukrainian Central Authority and informed me that

20 the documents were deemed served as of February 11, 2022 under Article 501 of the

21 Civil Procedural Code of Ukraine.  A true and correct copy of the certificate of service

22 was filed with the Court on August 16, 2022.  ECF No.18.

23      6.      To date, Defendant has failed to answer or otherwise respond to Meta's

24 Complaint, and the time to do so under Federal Rule of Civil Procedure 12(a) has

25 expired.

26      7.      Based on the date of birth reflected on the certificate of service received

27 from the Ukrainian Central Authority, Defendant was born in 1997 and is therefore

28 not a minor.

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

8.      To my knowledge, Defendant is not incompetent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2022.

_____
Brandon M. Marvisi

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

DECLARATION OF BRANDON M. MARVISI IN SUPPORT OF PLAINTIFF'S REQUEST TO CLERK OF
COURT TO ENTER DEFAULT OF DEFENDANT ALEXANDER ALEXANDROVICH SOLONCHENKO

**EXHIBIT A**

**Johnson, Mark**

| | |
|---|---|
| **From:** | Nelson, Jeff |
| **Sent:** | Wednesday, October 27, 2021 2:43 PM |
| **To:** | aa_solonchenko@mail.ru; solomame@icloud.com; weeeble@bk.ru; grant2.grant2@yandex.ru |
| **Cc:** | Mortimer, Ann Marie; Kim, Jason J. |
| **Subject:** | Facebook v. Solonchenko: United States Federal District Court Lawsuit |
| **Attachments:** | Facebook v. Solonchenko - Service Package.pdf |

Mr. Solonchenko,

We represent Facebook, Inc. in a lawsuit filed against you in the United States District Court for the Northern District of California.  I believe you may be aware of the lawsuit already but I have attached a copy of the Complaint for your convenience.  You will be formally served with the lawsuit by the Ukrainian Ministry of Justice.  To make things easier for everyone, we request that you complete the attached "Waiver of the Service of Summons" and return it to me by email.

Please contact me by telephone at +1 213-532-2010 or reply to this email to further discuss this lawsuit.  We look forward to hearing from you.

Sincerely,
Jeff



**Jeff R. R. Nelson**
Associate
jnelson@HuntonAK.com
p  213.532.2010

Hunton Andrews Kurth LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071

HuntonAK.com

This communication is confidential. If you are not an intended recipient, please advise by return email immediately and then delete this message, including all copies and backups.