**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>             Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]**<br><br>Current Date:     November 10, 2022<br>Proposed Date:  February 9, 2023<br>Time:                   9:30 a.m.<br>Court Room:      B, 15th Floor<br>Judge:                 Magistrate Judge<br>                             Laurel Beeler<br><br>*[Declaration of Brandon M. Marvisi and [Proposed] Order filed concurrently herewith]*<br><br>Complaint Filed:  October 21, 2021 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.) hereby moves this Court for an order continuing the Initial Case Management Conference ("CMC") from November 10, 2022 to February 9, 2023 pursuant to L.R. 16-2(d).

Plaintiff brings this motion because it has not and will not be able to meet and confer with Defendant Alexander Alexandrovich Solonchenko. Defendant Solonchenko was properly served on February 11, 2022 in accordance with the Federal Rules of Civil Procedure, the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"), and the local laws of Ukraine—specifically Part 6 of Article 501 of the Code of Civil Procedure. *See* ECF No. 18. After Defendant failed to respond to the Complaint by the March 4, 2022 deadline, Plaintiff requested entry of default against Defendant ECF No. 19. On August 25, the clerk entered default. ECF No. 20. Plaintiff intends to file a motion for default judgment in the near-term, the hearing of which should precede the CMC. This is the second request for time modification in this case. Because Defendant has defaulted, the requested continuance will have no impact on the schedule for this case.

Dated: October 20, 2022　　　　　　　　　　**HUNTON ANDREWS KURTH LLP**

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Ann Marie Mortimer*
　　　　　　　　　　　　　　　　　　　　　　　　Ann Marie Mortimer
　　　　　　　　　　　　　　　　　　　　　　　　Jason J. Kim
　　　　　　　　　　　　　　　　　　　　　　　　Brandon M. Marvisi
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

By this motion, Plaintiff Meta Platforms, Inc. (f/k/a/ Facebook, Inc.) seeks an order continuing the Initial Case Management Conference ("CMC") from November 10, 2022 to February 9, 2023.  As detailed herein, Plaintiff has already effectuated service on Defendant Solonchenko in accordance with the Hague Convention on February 11, 2022.  After Defendant failed to respond to the Complaint by the March 4, 2022 deadline, Plaintiff requested entry of default against Defendant.  ECF No. 19.  On August 25, the clerk entered default.  ECF No. 20.  Since Solonchenko has failed to appear or participate in this action, a Rule 26(f) conference is presently not possible.  Plaintiff intends to file a motion for default judgment in the near-term, the hearing of which should precede the CMC.  Accordingly, Plaintiff respectfully requests a three-month continuance of the initial case management conference from November 10, 2022 to February 9, 2023.

## II. DEFENDANT HAS DEFAULTED AND FAILED TO APPEAR

Because Solonchenko is a Ukrainian resident, and Ukraine is a signatory to the Hague Convention, Plaintiff may serve him by "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention." Fed. R. Civ. P. 4(f)(1).  Plaintiff has satisfied those service requirements.  Additionally, Plaintiff has emailed courtesy copies of the pertinent filings in this action to Solonchenko's email address and has emailed him to discuss this motion.  Marvisi Decl. ¶ 2.  Solonchenko has been unresponsive throughout, making it impossible to hold a Rule 26(f) conference.  *Id.*

On December 9, 2021, Plaintiff transmitted the documents to Ukraine for service via the Hague Convention.  Marvisi Decl. ¶ 4.  Plaintiff received a certificate of service from the Ukrainian Central Authority and Natalie Sakamoto of Crowe Foreign Service informed Plaintiff that the documents were deemed served as of February 11, 2022.  *Id.*  Solonchenko failed to respond to the Complaint by the

March 4, 2022 deadline. Accordingly, the clerk entered Defendant's default on August 25, 2022. ECF No. 20. Plaintiff intends to file a motion for default judgment in the near-term.

## III. THE PARTIES AND THE COURT WILL CONSERVE RESOURCES BY CONTINUING THE CASE MANAGEMENT CONFERENCE

The parties are required to conduct their Rule 26(f) conference, during which they would prepare a discovery plan, discuss means of evidence preservation, determine any anticipated motions, seek to narrow the issues presented in the action, discuss settlement, and develop a proposed schedule for the Court's review in advance of the CMC. However, Defendant has failed to appear in this action or otherwise respond to Plaintiff's communications. Furthermore, since Defendant's default has been entered, his right to appear in this action has been cut off. Plaintiff intends to file a motion for default judgment in the near-term, which will likely obviate the need for a CMC. *See* Fed. R. Civ. P. 26(f); Fed. R. Civ. P. 1 (rules should be construed and administered to secure just, speedy, and inexpensive determination of action).

## IV. CONCLUSION

For these reasons, the Court should continue the November 10, 2022 CMC to February 9, 2023.

Dated: October 20, 2022                    **HUNTON ANDREWS KURTH LLP**

By: _/s/ Ann Marie Mortimer_
Ann Marie Mortimer
Jason J. Kim
Brandon M. Marvisi
Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)