**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**DECLARATION OF BRANDON M. MARVISI IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]**<br><br>Current Date:   November 10, 2022<br>Proposed Date:  February 9, 2023<br>Time:           9:30 a.m.<br>Court Room:     B, 15th Floor<br>Judge:          Magistrate Judge Laurel Beeler<br><br>*[Notice of Motion and Motion to Continue Initial Case Management Conference, and [Proposed] Order filed concurrently herewith]*<br><br>Complaint Filed:  October 21, 2021 |

3:21-CV-08230-LB

## DECLARATION OF BRANDON M. MARVISI

I, Brandon M. Marvisi, declare as follows:

1. I am an attorney with the law firm of Hunton Andrews Kurth LLP ("Hunton"), counsel of record for Plaintiff Meta Platforms, Inc. (f/k/a Facebook, Inc.). I have personal knowledge of the facts stated below, and if called upon to do so, would testify competently to those facts.

2. On October 27, 2021, Hunton sent an email to Defendant Alexander Solonchenko, attaching the Complaint, Summons, and all other documents required for service under the Local Rules, to request that he speak with Hunton regarding this case. To date, Defendant has been unresponsive to Hunton's email.

3. When Solonchenko did not respond, Hunton engaged the services of Celeste Ingalls of Crowe Foreign Services to serve Solonchenko via the Hague Convention. Hunton then coordinated the translation of the pleadings as required under the Hague Convention.

4. On December 9, 2021, the documents required for service under the Hague Convention were sent abroad for service. Plaintiff received a certificate of service from the Ukrainian Central Authority and Natalie Sakamoto of Crowe Foreign Service informed Plaintiff that the documents were deemed served as of February 11, 2022.

5. Because Solonchenko has not yet appeared in this action and has been unresponsive to Hunton's communications, Plaintiff is unable to meet and confer with him to limit any potential disagreements and bring them to the Court's attention prior to the Initial Case Management Conference.

6. The requested continuance will be the second modification to this case. ECF No. 16. Because Defendant's default has been entered, the requested continuance will have no impact on the schedule for the case.

//

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2022 in Los Angeles, California.

By: ***/s/ Brandon M. Marvisi***
Brandon M. Marvisi

## **ATTESTATION**

I, Ann Marie Mortimer, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: October 20, 2022            */s/ Ann Marie Mortimer*
Ann Marie Mortimer

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627