1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>    Defendant. | CASE NO.:  3:21-CV-08230-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 16-2(d)]**<br><br>Current Date:    November 10, 2022<br>Proposed Date:   February 9, 2023<br>Time:            9:30 a.m.<br>Court Room:      B, 15th Floor<br>Judge:           Magistrate Judge<br>                 Laurel Beeler |

3:21-CV-08230-LB

# [PROPOSED] ORDER

Upon review and consideration of Plaintiff's Motion to Continue Initial Case Management Conference, and with good cause appearing therefore, IT IS HEREBY ORDERED THAT

The Initial Case Management Conference is continued from November 10, 2022 to February 9, 2023, at 9:30 a.m.  Case management statements are due on February 2, 2023.

**IT IS SO ORDERED.**

DATED: _____

By: _____
Laurel Beeler
United States Magistrate Judge