1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"<br><br>Defendant. | CASE NO.: 3:21-CV-08230-LB<br><br>**[PROPOSED] DEFAULT JUDGMENT AS TO DEFENDANT ALEXANDER ALEXANDROVICH SOLONCHENKO** |

Plaintiff Meta Platforms, Inc.'s Motion for Default Judgment as to Defendant Alexander Alexandrovich Solonchenko is before the Court. Having considered the law, and finding that the requirements for a default judgment have all been met,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and that judgment is entered as set forth below.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff on the breach of contract cause of action asserted in the complaint. The Court finds that Defendant breached his contract with Meta and violated Facebook's Terms of Service.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that permanent injunctive relief is warranted and is thus entered as follows:

Defendant is immediately restrained and enjoined from:

    a.    Accessing or using Meta's Products; and

    b.    Selling or distributing data of any kind obtained from Meta's Products, or purportedly obtained from Meta's Products.

**IT IS SO ORDERED.**

DATED: _____

By: _____
Laurel Beeler
United States Magistrate Judge