UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER ALEXANDROVICH SOLONCHENKO,<br><br>　　　　　Defendant. | Case No. 21-cv-08230-TLT<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge, finding myself disqualified in the above-entitled case, hereby recuse myself and request that the case be reassigned to another judge.

All pending dates of motions, pretrial conferences, and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: January 4, 2023

*[signature]*

TRINA L. THOMPSON
United States District Judge