UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

v.

ALEXANDER ALEXANDROVICH SOLONCHENKO,

    Defendant.

No. C 21-8230 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The undersigned has reviewed the report and recommendation of Magistrate Judge Laurel Beeler and agrees that plaintiff's motion for default judgment should be **GRANTED**. No objection was received in response to the report. This order **ADOPTS IN FULL** the report and recommendation of Judge Beeler. For the reasons explained therein, a permanent injunction is also **GRANTED** as stated in the accompanying order. Pursuant to the report and recommendation, the injunction must be served on defendant and a proof of service filed thereafter.

**IT IS SO ORDERED.**

Dated: January 26, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE