UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

  v.

ALEXANDER ALEXANDROVICH SOLONCHENKO,

    Defendant.

No. C 21-8230 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting default judgment, final judgment is hereby entered in favor of plaintiff and against defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 26, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE