**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiff
Meta Platforms, Inc. (f/k/a Facebook, Inc.)

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

FACEBOOK, INC., a Delaware corporation,

        Plaintiff,

   v.

ALEXANDER ALEXANDROVICH SOLONCHENKO, also known as "Solomame,"

        Defendant.

CASE NO.:  3:21-CV-08230-WHA

**CERTIFICATE OF SERVICE OF (1) ORDER FOR REASSIGNMENT; REPORT AND RECOMMENDATION TO GRANT MOTION FOR DEFAULT JUDGMENT; AND (2) ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

  On January 30, 2023, I served document(s) described as:  **(1) ORDER FOR REASSIGNMENT; REPORT AND RECOMMENDATION TO GRANT MOTION FOR DEFAULT JUDGMENT; AND (2) ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** on interested parties in this action as follows:

Alexander Alexandrovich Solonchenko   Defendant
Gogol St. 65, app. 20
Kropyvnytskyi, Ukraine
25006
UKRAINE
aa_solonchenko@mail.ru

☒  **By MAIL:**  by placing true and correct copy(ies) thereof in an envelope addressed as stated above.

☐  **By OVERNIGHT MAIL:**  by overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

☒  **By EMAIL:**  by causing a true and correct copy thereof to be transmitted electronically to the e-mail address(es) indicated above.

☐  **By ELECTRONIC SERVICE:**  by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record in this action via the court's CM/ECF system.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on January 30, 2023, Los Angeles, California.

_____
Mark Johnson

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**